AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Grey Rock Gathering and Marketing, LLC  *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) |
| Trinity Tankers LLC and Trinity Enterprise LTD.  *Defendant(s)* | ) ) ) ) ) ) ) |

Civil Action No. 4:23-cv-01448

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trinity Tankers LLC
Universal Registered Agents, Inc.
300 Creek View Rd., Ste. 209
Newark, Delaware 19711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael A. Orlando, Jr.
Phelps Dunbar, LLP
910 Louisiana St., Ste. 4300
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Grey Rock Gathering and Marketing, LLC <br><br> *Plaintiff(s)* <br> v. <br> Trinity Tankers LLC and Trinity Enterprise LTD. <br><br> *Defendant(s)* | Civil Action No. 4:23-cv-01448 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trinity Tankers LLC
Universal Registered Agents, Inc.
300 Creek View Rd., Ste. 209
Newark, Delaware 19711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael A. Orlando, Jr.
Phelps Dunbar, LLP
910 Louisiana St., Ste. 4300
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*