UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREY ROCK GATHERING AND MARKETING, LLC, <br> *Plaintiff,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01448 |
| TRINITY TANKERS LLC, and TRINITY ENTERPRISE LTD, <br> *Defendants.* | § § § § | RULE 9(h) ADMIRALTY |

## PLAINTIFF'S PROOF OF SERVICE

Summons was issued to Trinity Tankers LLC on April 20, 2023 (Dkt. 3). The summons for Trinity Tankers LLC was received by the undersigned on that day and served via U.S. registered mail, return receipt requested, on Trinity Tankers LLC's registered agent, Universal Registered Agents, Inc., on April 24, 2023.

Service was made in compliance with Fed. R. Civ. P. 4(h)(1) and Tex. R. Civ. P. 106(a)(2) by delivering copies of the summons and complaint by certified mail, return receipt requested, to Universal Registered Agents, Inc., 300 Creek View Rd., Ste. 209, Newark, DE 19711 as shown in Exhibit 1, attached.

Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Trinity Tankers LLC's Answer is due in this action on Monday, May 15, 2023, 21 days from the date of service described herein.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Michael A. Orlando Jr.*
Michael A. Orlando Jr.
Texas Bar No. 24070367
S.D. Tex. Bar No. 1051267
G. Evan Spencer
Texas Bar No. 24113493
S.D. Tex. Bar No. 3748768

1

2

      910 Louisiana Street, Suite 4300
      Houston, Texas 77002
      Telephone: (713) 626-1386
      Telecopier: (713) 626-1388
      michael.orlando@phelps.com
      evan.spencer@phelps.com

**ATTORNEYS FOR GREY ROCK GATHERING AND MARKETING, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on Defendant Trinity Tankers LLC at the address below by U.S. registered mail, return receipt requested, on May 8, 2023.

Trinity Tankers LLC
Universal Registered Agents, Inc.
300 Creek View Rd., Ste. 209
Newark, Delaware 19711

      */s/ Michael A. Orlando Jr.*
      Michael A. Orlando Jr.