**phelps**

Phelps Dunbar LLP
910 Louisiana Street
Suite 4300
Houston, TX 77002
713 626 1386

April 20, 2023

Michael A. Orlando, Jr.
michael.orlando@phelps.com
Direct  713 225 7207

Trinity Tankers LLC
Universal Registered Agents, Inc.
300 Creek View Rd., Ste. 209
Newark, Delaware 19711

**Via CM/RRR 7017 2400 0000 6818 1733**

Re: C.A. No. 4:23-cv-01448; *Grey Rock Gathering and Marketing, LLC v. Trinity Tankers LLC and Trinity Enterprise Ltd.*; In the United States District Court for the Southern District of Texas

Dear Sir or Madam:

Please find enclosed the following documents in the referenced matter:

1. **Plaintiff's Original Complaint** [Doc. 001];
2. **Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work** [Doc. 002]; and,
3. **Summons on Trinity Tankers LLC** [Doc. 003].

Very truly yours,

PHELPS DUNBAR LLP

*/s/ Michael A. Orlando Jr.*

Michael A. Orlando, Jr.

MAO:lh
Enclosures

**EXHIBIT 1**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Trinity Tankers LLC
   Universal Registered Agents Inc.
   300 Creek View Rd, Ste 209
   Newark, Delaware 19711

   9590 9402 6694 1060 4964 23

2. Article Number (Transfer from service label)

   7017 2400 0000 6818 1733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Tara D Ottavio
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): Tara D Ottavio
C. Date of Delivery: 4/24/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

