**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GREY ROCK GATHERING AND MARKETING, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-01448 |
| | § | |
| TRINITY TANKERS LLC, and TRINITY ENTERPRISE LTD, | § | RULE 9(h) ADMIRALTY |
| *Defendants.* | § | |

**PLAINTIFF'S PROOF OF SERVICE**

Summons was issued to Defendant Trinity Enterprise LTD on April 20, 2023 (Dkt. 3). The summons for Trinity Enterprise LTD was received by the undersigned on that day and subsequently served on Trinity Enterprise LTD on July 14, 2023.

Service was made in compliance with Fed. R. Civ. P. 4(h)(2) and the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") by issuing a Request for Service Abroad of Judicial or Extrajudicial Documents to the Eastern Caribbean Supreme Court, the authority designated to receive such requests for service in Anguilla.[1] *See* Exhibit A.

Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Trinity Enterprise LTD's Answer is due in this action on August 31, 2023, 90 days from the date service was sent. *See* Exhibit A.

Service on all Defendants named in this suit is now complete.

---

[1] The Hague Convention was extended to Anguilla, a British overseas territory, on August 3, 1982 and entered into force October 2, 1982.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Michael A. Orlando Jr.*
Michael A. Orlando Jr.
Texas Bar No. 24070367
S.D. Tex. Bar No. 1051267
G. Evan Spencer
Texas Bar No. 24113493
S.D. Tex. Bar No. 3748768
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
michael.orlando@phelps.com
evan.spencer@phelps.com

**ATTORNEYS FOR GREY ROCK
GATHERING AND MARKETING, LLC**

PD.42606176.1