United States District Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREY ROCK GATHERING AND MARKETING, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-1448 |
| | § | |
| TRINITY TANKERS, LLC and TRINITY ENTERPRISE LTD, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT**

The plaintiff, Grey Rock Gathering and Marketing, LLC, has moved for entry of default and a default judgment against the defendants, Trinity Tankers, LLC and Trinity Enterprise, LTD, under Rule 55 of the Federal Rules of Civil Procedure. (Docket Entry Nos. 5, 11).

On April 18, 2023, Grey Rock filed the complaint, naming Trinity Tankers and Trinity Enterprise as defendants. On April 20, 2023, the Clerk of Court issued summons to both defendants. Service was made on Trinity Tankers on April 24, 2023, and on Trinity Enterprise on July 14, 2023. Neither has not answered, otherwise responded, or sought an extension of time to answer or otherwise respond to Grey Rock's complaint.

Grey Rock moved for entry of default and a final default judgment against Trinity Tankers and Trinity Enterprise, awarding Grey Rock liquidated damages in the amount of $4,673,315.22.

Entry of default and final default judgment against Trinity Tankers, LLC and Trinity Enterprise LTD is appropriate. The defendants are jointly and severally liable for failing to perform the Contract of Affreightment. The defendants misrepresented to Grey Rock that they could perform, knowing they could not. Grey Rock justifiably relied on Trinity Tankers's and Trinity Enterprise's misrepresentations, to its detriment.

2

The court orders that plaintiff Grey Rock Gathering and Marketing, LLC receive the following relief:

1. default is entered against Trinity Tankers, LLC and Trinity Enterprise, LTD;

2. final default judgment is entered against Trinity Tankers, LLC and Trinity Enterprise, LTD in favor of Grey Rock under Federal Rule of Civil Procedure 54(b), in the amount of $4,673,315.22;

3. Grey Rock is entitled to its attorney's fees in an amount to be determined.

SIGNED on September 12, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge