United States District Court
Southern District of Texas
**ENTERED**
September 22, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **GREY ROCK GATHERING AND MARKETING, LLC,** | § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01448 |
| **TRINITY TANKERS LLC, and TRINITY ENTERPRISE LTD,** | § § § | RULE 9(h) ADMIRALTY |
| *Defendants.* | § | |

## ORDER OF FINAL JUDGMENT

This matter having come before the Court, the Honorable Lee H. Rosenthal presiding, Plaintiff Grey Rock Gathering and Marketing, LLC appearing by and through counsel, and Defendants Trinity Tankers LLC and Trinity Enterprise Ltd., having failed to appear and respond to the Complaint after receiving service of same and having been defaulted.

The Court, having found Defendants in default and entered Default Judgements against both Trinity Tankers LLC and Trinity Enterprise Ltd. (Docket Entry No. 13), hereby finds Grey Rock Gathering and Marketing, LLC entitled to final judgment on all claims.

Final judgment is hereby entered in favor of Plaintiff Grey Rock Gathering and Marketing, LLC and against Defendants Trinity Tankers LLC and Trinity Enterprise Ltd., Defendants being held jointly and severally liable for all damages awarded and Plaintiff being entitled to recover the entire amount of damages from either party, but in no event may Plaintiff recover more than the total amounts below from either or both parties. Damages properly awarded in this matter include: liquidated economic damages; pre-judgment interest on those liquidated damages at 8.25%, the prevailing Texas pre-judgment interest rate; treble economic damages in light of Defendants' knowing misconduct; costs of court; and attorney's fees as requested in the Declaration of Michael

A. Orlando, Jr.  Accordingly, it is hereby **ORDERED** that Grey Rock Gathering and Marketing, LLC is awarded $14,216,988.15, as outlined below:

     i.     Liquidated economic damages of $4,673,315.22;
     ii.    Pre-judgment interest of $154,990.50;
     iii.   Treble economic damages of $9,346,630.44;
     iv.   Costs of $402.00; and
     v.    Reasonable and necessary attorney's fees of $41,650.00.

Grey Rock Gathering and Marketing LLC is also entitled to post-judgment interest, which shall be computed daily from Sept. 12, 2023 to the date of payment and compounded annually at 5.42%. This judgment is intended to be **FINAL** for purposes of appeal. The Judgment disposes of all parties to this action and all claims. All relief requested by any party to this action not expressly granted herein is **DENIED**.

**SO ORDERED**.

SIGNED this 22nd day of September, 2023 at Houston, Texas.

_Lee H. Rosenthal_
Hon. Lee H. Rosenthal
United States District Judge